No. 09-8757. **David Edward Giles, Petitioner v. Ron Van Boening, Superintendent, McNeil Island Corrections Center.**

559 U.S. 997, 130 S. Ct. 1749, 176 L. Ed. 2d 221, 2010 U.S. LEXIS 2320.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

No. 09-8856. **Rafael Gonzalez, Petitioner v. United States.**

559 U.S. 997, 130 S. Ct. 1749, 176 L. Ed. 2d 221, 2010 U.S. LEXIS 2314.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

No. 09-8866. **William Oscar Harris, aka Oscar El Bey, Petitioner v. United States.**

559 U.S. 997, 130 S. Ct. 1749, 176 L. Ed. 2d 221, 2010 U.S. LEXIS 2240.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 582 F.3d 512.

No. 09-8867. **Archie R. Kenerson, Petitioner v. United States.**

559 U.S. 997, 130 S. Ct. 1749, 176 L. Ed. 2d 221, 2010 U.S. LEXIS 2304.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 585 F.3d 389.

No. 09-8872. **Devon Groves, Petitioner v. United States.**

559 U.S. 997, 130 S. Ct. 1750, 176 L. Ed. 2d 221, 2010 U.S. LEXIS 2326.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 559 F.3d 637.

No. 09-8875. **Jacques Terrell Hayes, Petitioner v. United States.**

559 U.S. 997, 130 S. Ct. 1750, 176 L. Ed. 2d 221, 2010 U.S. LEXIS 2312.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 348 Fed. Appx. 528.

No. 09-8876. **Kali A. Hill, Petitioner v. United States.**

559 U.S. 997, 130 S. Ct. 1751, 176 L. Ed. 2d 221, 2010 U.S. LEXIS 2286.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 332 Fed. Appx. 832.

No. 09-8878. **Eric Genaro Pakas-Cardenas, Petitioner v. United States.**

559 U.S. 997, 130 S. Ct. 1751, 176 L. Ed. 2d 221, 2010 U.S. LEXIS 2332.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 350 Fed. Appx. 144.

No. 09-8880. **Marcus Corson, Petitioner v. United States.**

559 U.S. 997, 130 S. Ct. 1751, 176 L. Ed. 2d 221, 2010 U.S. LEXIS 2310.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 579 F.3d 804.